UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KALO RAWN HILL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GRADY COUNTY LAW ENFORCEMENT** )<br>**CENTER, et al.,** )<br>)<br>**Defendants.** ) | Case No. CIV-24-998-R |

## ORDER

This matter is before the Court for review of the Report and Recommendation [Doc. No. 8] issued by United States Magistrate Judge Shon T. Erwin. Judge Erwin previously granted Plaintiff's Application for Leave to Proceed In Forma Pauperis and directed Plaintiff to pay an initial partial filing fee of $21.84 no later than January 2, 2025 [Doc Nos. 5, 7]. Plaintiff failed to pay the initial partial filing fee by the deadline and Judge Erwin now recommends dismissal of this action without prejudice.

Within the time to file an objection, Plaintiff submitted a letter indicating that he requested that his facility of incarceration issue a payment and seeking additional time to pay the fee [Doc. No. 9]. The Court granted Plaintiff until March 14, 2025 to pay the initial partial filing fee as set out in Judge Erwin's prior order.

The deadline has now passed and Plaintiff has neither paid the fee nor requested additional time in which to do so. Accordingly, having conducted a de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 8] in its entirety. This action is DISMISSED without prejudice to refiling.

**IT IS SO ORDERED** this 25th day of March, 2025.

*/s/ David L. Russell*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2